JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CANDELARIA,<br>Plaintiff,<br>v.<br>INTERNATION LINE BUILDERS, INC.; EVERUS CONSTRUCTION INC.; and DOES 1 through 30,<br>Defendant. | Case No. 5:25-cv-01308-JWH-Ex<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 15] entered on or about July 16, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 20, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE